FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant Konica Minolta Business
Solutions U.S.A., Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN A. SAMPSON, | Case No 2:20-CV-02223-KJD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO** |
| | **EXTEND DISPOSITIVE** |
| vs. | **MOTION DEADLINE** |
| | **(First Request)[1]** |
| KONICA MINOLTA BUSINESS | |
| SOLUTIONS U.S.A., INC., | |
| | |
| Defendant | |

The parties, by and through their respective counsel, hereby stipulate to extend the dispositive motion deadline in this case to August 19, 2022.  The extension is request because defense counsel's mother passed on June 17.  Defense counsel is out-of-state until at least the July 4 holiday weekend (possibly longer) grieving, participating in services, and assisting with the wind-up of his mother's affairs and commencement of probate proceedings.  This the first request for an extension of this deadline since discovery has closed, although this deadline was previously extended

---

[1] Please see the statement in the last sentence below.

FP 44298647.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1  four times as part of extensions of the discovery deadline.

2  GREGORY W. STEVENS                    FISHER & PHILLIPS LLP

3

4  By:  /s/ Gregory W. Stevens, Esq.      By:  /s/  Scott M. Mahoney, Esq.
       2825 E. Cottonwood Parkway             300 South Fourth Street
5      Suite 500                              Suite 1500
       Salt Lake City, Utah  84121            Las Vegas, Nevada  89101
6      Attorneys for Plaintiff               Attorneys for Defendant

7

8                                   IT IS SO ORDERED:

9

10                                  _____
                                    DANIEL J. ALBREGTS
11                                  UNITED STATES MAGISTRATE JUDGE

12                                  DATED: June 27, 2022

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –

FP 44298647.1