GREGORY W. STEVENS
Utah State Bar. No. 7315
(Admitted *Pro Hoc Vice*)
2825 East Cottonwood Parkway
Suite 500
Cottonwood Corporate Center
Salt Lake City, UT 84121-7060
Telephone: (801) 990-3388
Email: utlaw@aol.com
*Attorney for Plaintiff*
*Adrian A. Sampson*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN A. SAMPSON,<br><br>*Plaintiff*,<br><br>vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.,<br><br>*Defendant*. | Case No. 2:20-CV-02223-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend, by 30 days, the deadline within which Plaintiff may file an opposition to Defendant's Motion for Summary Judgment (filed August 19, 2022) up to and including October 10, 2022. The extension is request because of extraordinary time constraints on Plaintiff's counsel, a solo practitioner, including, among other things, a Petition for Rehearing En Banc due in the Tenth Circuit on August 29, 2022; a Brief for the Appellant due in the Tenth Circuit on August 31, 2022; an oral argument before the Utah Court of Appeals on September 8, 2022; and a memorandum due in opposition to a Motion to Dismiss due in the Western District of North Carolina on September 14, 2022. This the first request for an extension of this deadline, though Defense counsel was granted a stipulated request to extend the deadline for filing Defendant's opening Motion.

Respectfully submitted this 29th day of August 2022:

GREGORY W. STEVENS

By:   /s/ Gregory W. Stevens
2825 E. Cottonwood Parkway
Suite 500
Salt Lake City, Utah 84121
Attorney for Plaintiff

FISHER & PHILLIPS LLP

By:   /s/ Scott M. Mahoney (with permission)
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 8/30/2022

CERTIFICATE OF SERVICE

I hereby certify that, this 29th day of August 2022, I served a copy of the foregoing Stipulated Motion, via the ECF system, on the following counsel:

Scott M. Mahoney, Esquire
Fisher & Phillips LLP

*/s/ Gregory W. Stevens*
Gregory W. Stevens