GREGORY W. STEVENS
Utah State Bar. No. 7315
(Admitted *Pro Hoc Vice*)
2825 East Cottonwood Parkway
Suite 500
Cottonwood Corporate Center
Salt Lake City, UT 84121-7060
Telephone: (801) 990-3388
Email: utlaw@aol.com
*Attorney for Plaintiff*
*Adrian A. Sampson*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN A. SAMPSON,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.,<br><br>　　*Defendant.* | Case No. 2:20-CV-02223-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UP TO AND INCLUDING NOVEMBER 9, 2022**<br><br>**(Second Request)** |

　　　　The parties, by and through their respective counsel, hereby stipulate to extend, by 30 days from October 10, 2022, the current deadline within which Plaintiff may file an opposition to Defendant's Motion for Summary Judgment (filed August 19, 2022) up to and including **November 9, 2022**. This is Plaintiff's second stipulated request for an extension, with the first request being made and granted because of the extraordinary workload of Plaintiff's counsel. This request is being made because the mother of the undersigned counsel, who is 96 years of age, is currently in a hospital in Rochester, Minnesota with terminal renal failure. Plaintiff's counsel, who lives in Utah, has taken time recently to visit with his mother and will of course take time to deal with her death.

Respectfully submitted this 21st day of September 2022:

GREGORY W. STEVENS

By: /s/ Gregory W. Stevens
2825 E. Cottonwood Parkway
Suite 500
Salt Lake City, Utah 84121
Attorney for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney (with permission)
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: October 6, 2022