1 FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2 Nevada Bar No. 1099
3 300 S. Fourth Street
Suite 1500
4 Las Vegas, NV  89101
Telephone: (702) 252-3131
5 E-Mail Address:  smahoney@fisherphillips.com
6 Attorney for Defendant Konica Minolta Business
Solutions U.S.A., Inc.

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN A. SAMPSON, | Case No 2:20-CV-02223-KJD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., | (First Request) |
| Defendant | |

The parties, by and through their respective counsel, hereby stipulate to extend the time within which Defendant may reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment (ECF No. 31), up to and including December 19, 2022. Defendant's Motion for Summary Judgment (ECF No. 24) was filed August 19, 2022. The extension is requested because defense counsel recently had COVID for approximately two weeks and has numerous hearings, mediations, depositions and briefs due in other matters in the next month.  This is the first request for an extension

- 1 –

FP 45628290.1

of this deadline.

| | |
|---|---|
| GREGORY W. STEVENS | FISHER & PHILLIPS LLP |
| By: /s/ Gregory W. Stevens, Esq.<br>2825 E. Cottonwood Parkway<br>Suite 500<br>Salt Lake City, Utah  84121<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada  89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 11/18/2022

- 2 –

FP 45628290.1