FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant Konica Minolta Business Solutions U.S.A., Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN A. SAMPSON, | Case No 2:20-CV-02223-KJD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., | **(Second Request)** |
| Defendant | |

The parties, by and through their respective counsel, hereby stipulate to extend the time within which Defendant may reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment (ECF No. 31) up to and including January 17, 2023. This is the second request for an extension of this deadline.  Defendant's Motion for Summary Judgment (ECF No. 24) was filed August 19, 2022.

Responding to the Opposition involves a considerable time commitment, as the Opposition consists of 30 pages of text (ECF No. 31), accompanied by a 415-page record (ECF Nos. 33, 34 and 35).  The extension is requested because defense counsel has had, and continues to have, a backlog of work after suffering COVID for approximately two weeks in the second half of October and the Las Vegas office of Fisher Phillips has been short-staffed during this time.  With the requested extension,

FP 45830255.1

- 2 –

Defendant will have approximately the same amount of extended time as Plaintiff did to file the Opposition.  (<u>See</u>, ECF No. 28 and 30).

| | |
|---|---|
| GREGORY W. STEVENS | FISHER & PHILLIPS LLP |
| By: /s/ Gregory W. Stevens, Esq.<br>    2825 E. Cottonwood Parkway<br>    Suite 500<br>    Salt Lake City, Utah  84121<br>    Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>    300 South Fourth Street<br>    Suite 1500<br>    Las Vegas, Nevada  89101<br>    Attorneys for Defendant |

**<u>ORDER</u>**

**IT IS SO ORDERED:**

[signature]

UNITED STATES DISTRICT JUDGE

12/13/2022
DATED

- 2 –

FP 45830255.1